IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FAMILIES A, B, C and D, on behalf of
themselves and on behalf of all Florida
families with minor children,

      *Plaintiffs*,           Case No. 4:22-cv-222-AW-MAF

v.

RON DESANTIS, as Governor of Florida;
SHEVAUN HARRIS, as Secretary of the
Florida Department of Children and Families;
JOSEPH LADAPO, M.D., as the Executive
Director of the Florida Department of Health;
PATRICIA ARMSTRONG, as the Bureau Chief
of the Florida Department of Health Child
Protection Team; and
DENNIS MOORE, as Executive Director of the
Florida Guardian ad Litem Program,

      *Defendants*.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benjamin J. Gibson of Shutts & Bowen LLP hereby enters his appearance as counsel for Defendants Shevaun Harris, in her official capacity as Secretary of the Florida Department of Children and Families; Dr. Joseph A. Ladapo, M.D. PhD, in his official capacity as Florida Surgeon General and Secretary of the Florida Department of Health ("DOH"); Patricia Armstrong, in her official capacity as the Bureau Chief of the DOH Child Protection Team; and

Dennis Moore, in his official capacity as Executive Director for the Florida Guardian ad Litem Office, in the above-styled cause, and requests addition to the CM/ECF and other service lists, as well as receipt of copies of all future filings in this case at the following email addresses: bgibson@shutts.com (Primary) and mmontanaro@shutts.com (Secondary).

Dated: August 15, 2022

Respectfully submitted,

/s/Benjamin J. Gibson
**Jason Gonzalez**
Florida Bar No.:146854
**Benjamin J. Gibson**
Florida Bar No.: 58661
**George N. Meros, Jr.**
Florida Bar No.: 263321
**Tara R. Price**
Florida Bar No.: 98073
**Shutts & Bowen LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Telephone: 850-241-1717
Email: jasongonzalez@shutts.com
Email: bgibson@shutts.com
Email: gmeros@shutts.com
Email: tprice@shutts.com
Secondary email: chill@shutts.com
Secondary email: mmontanaro@shutts.com

*Attorneys for Defendants DCF Secretary Shevaun Harris, Surgeon General and DOH Secretary Joseph Ladapo, DOH Bureau Chief Patricia Armstrong, and GAL Executive Director Dennis Moore*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 15, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Benjamin J. Gibson*