# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**FAMILIES A, B, C and D, on behalf of themselves and on behalf of all Florida families with minor children,**

    **Plaintiffs,**

**v.**                                              Case No. 4:22-cv-222-AW-MAF

**RON DESANTIS, as Governor of Florida; SHEVAUN HARRIS, as Secretary of the Florida Department of Children and Families; et al.,**

    **Defendants.**

_____/

## ORDER GRANTING EXTENSION

Plaintiffs' unopposed motion for extension (ECF No. 18) is GRANTED. The Plaintiffs' deadline to respond to the motion to dismiss is extended to September 12.

SO ORDERED on August 22, 2022.

                                                                  s/ *Allen Winsor*
                                                                   United States District Judge