# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FAMILIES A through V,

    *Plaintiffs*,                        Case No. 4:22-cv-222-AW-MAF

v.

RON DESANTIS, as Governor of
Florida; et al.,

    *Defendants*.

_____/

## DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO STATE AGENCY DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

All Defendants respectfully move this Court for leave to file a reply to Plaintiffs' Response to the State Agency Defendants' Motion to Dismiss the Amended Complaint or, in the Alternative, for a More Definite Statement (the "Response"). *See* ECF No. 32. In support thereof, Defendants state as follows:

On September 30, 2022, the State Agency Defendants filed their Motion to Dismiss the Amended Complaint or, in the Alternative, for a More Definite Statement. *See* ECF No. 27. In addition to filing his own motion to dismiss, Defendant Governor Ron DeSantis joined in the State Agency Defendants' motion to dismiss in full. *See* ECF No. 28 at 2. The motion raised numerous bases for

dismissal, including but not limited to, lack of subject-matter jurisdiction, immunity, and failure to state a cause of action.

Of particular relevance to this motion for leave, Defendants presented arguments explaining why every federal statute cited in Counts I and II as a basis for relief fails to create a private right of action. *See* ECF No. 27 at 23-30; *see also id.* at 23 ("Count I purports to allege violations of 42 U.S.C. §§ 671(a)(19) and (a)(29), and 42 U.S.C. § 675a(a)(1). . . . Count II purports to allege violations of 42 U.S.C. §§ 671(a)(31)(A) and (B).").

On October 28, 2022, Plaintiffs filed their Response to the State Agency Defendants' motion to dismiss. *See* ECF No. 32. The Response argues, in part, that Plaintiffs have an enforceable private right of action under 42 U.S.C. § 671(a)(10). *See* ECF No. 32 at 18-19.

Neither Count I nor Count II of the Amended Complaint cites § 671(a)(10) as a basis for relief. *See* ECF No. 24 at 35-40.

**Memorandum of Law**

When circumstances warrant, this Court has the discretion to grant a party leave to file a reply in support of a motion. *See* N.D. Fla. Loc. R. 7.1(I). This matter presents one of those "extraordinary circumstances" where leave to file a reply is warranted. *Id.*

Specifically, Plaintiffs' Response claims a private right of action based on an unalleged violation of § 671(a)(10). Thus, Plaintiffs' argument catches Defendants without a fair opportunity to respond. Had the Amended Complaint made clear that Plaintiffs were alleging a cause of action based upon a purported violation of § 671(a)(10), Defendants would have specifically addressed the federal statute in the motion to dismiss.

"The purpose of a reply brief is to rebut any new law or facts contained in the [nonmovant's] response to a request for relief before the Court." *Promenades Mall (E&A), LLC v. Allstate Ins. Co.*, No. 2:08-cv-475-FtM-29SPC, 2008 WL 11334927, at *1 (M.D. Fla. Aug. 12, 2008). Should this Court grant leave, Defendants intend to limit their reply to issues relating to § 671(a)(10). Thus, Plaintiffs will not be prejudiced, as Defendants are not raising new issues or seeking to rehash issues already argued in the initial motion to dismiss. Rather, Defendants seek leave so that they may have an opportunity to respond to Plaintiffs' specific arguments surrounding § 671(a)(10). Defendants respectfully suggest that having both Plaintiffs' and Defendants' arguments on the matter will aid this Court's full and fair resolution of the issues.

Nor will this motion for leave cause any undue delay in this matter. Should this Court be inclined to grant Defendants' motion for leave, Defendants anticipate being able to file a brief reply within five days of this Court's order.

For all the above reasons, Defendants respectfully request that this Court grant their motion for leave to file a reply to Plaintiffs' response to the State Agency Defendants' motion to dismiss.

Respectfully submitted this 9th day of November, 2022,

| | |
|---|---|
| */s/   Nicholas J.P. Meros* | */s/   George N. Meros, Jr.* |
| **Nicholas J.P. Meros** | **Jason Gonzalez** |
| Florida Bar No.: 120270 | Florida Bar No.:146854 |
| *Deputy General Counsel* | **Benjamin J. Gibson** |
| **Maureen Furino** | Florida Bar No.: 58661 |
| Florida Bar No.: 119750 | **George N. Meros, Jr.** |
| *Deputy General Counsel* | Florida Bar No.:  263321 |
| Executive Office of the Governor | **Tara R. Price** |
| The Capitol, PL-5 | Florida Bar No.: 98073 |
| 400 S. Monroe Street | **Shutts & Bowen LLP** |
| Tallahassee, FL  32399 | 215 South Monroe Street, Suite 804 |
| Telephone: 850-717-9310 | Tallahassee, Florida 32301 |
| Email: nicholas.meros@eog.myflorida.com | Telephone:  850-241-1717 |
| Email: maureen.furino@eog.myflorida.com | Email: jasongonzalez@shutts.com |
| | Email: bgibson@shutts.com |
| | Email: gmeros@shutts.com |
| | Email: tprice@shutts.com |
| *Attorneys for Defendant Governor Ron DeSantis* | Secondary email: chill@shutts.com |
| | Secondary email: mmontanaro@shutts.com |
| | *Attorneys for Defendants DCF Secretary Shevaun Harris, Surgeon General and DOH Secretary Joseph Ladapo, DOH Bureau Chief Patricia Armstrong, and GAL Executive Director Dennis Moore* |

**W. Eugene Gandy**
Florida Bar No. 858218
**Florida Department of Health**
Office of the General Counsel
4052 Bald Cypress Way, Bin A-02
Tallahassee, Florida 32399
(850) 245-4005
Email: william.gandy@flhealth.gov
Secondary Email:
nikkisha.asbey@flhealth.gov

*Attorney for Defendants Surgeon General and DOH Secretary Joseph Ladapo and DOH Bureau Chief Patricia Armstrong*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

I hereby certify that in accordance with Local Rule 7.1(B), counsel for State Agency Defendants has conferred with counsel for Plaintiffs regarding this motion. Plaintiffs support Defendants' motion for leave to file a reply only if Plaintiffs are permitted to file a sur-reply.

*/s/ George N. Meros, Jr.*
Attorney

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I hereby certify that this computer-generated motion complies with the font requirements mandated under N.D. Fla. Local Rule 7.1(F) and contains 619 words.

*/s/ George N. Meros, Jr.*
Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this 9th day of November, 2022, a copy of the foregoing was filed through CM/ECF, with electronic service on counsel for all parties of record.

*/s/ George N. Meros, Jr.*
Attorney
