# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FAMILIES A through V,

    Plaintiffs,

v.                                          Case No. 4:22-cv-222-AW-MAF

RON DESANTIS, as Governor of
Florida; SHEVAUN HARRIS, as
Secretary of the Florida Department of
Children and Families; et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY

Defendants' motion for leave to reply (ECF No. 34) is GRANTED. Defendants may file a reply within five days.

The motion indicated that Plaintiffs consent only if they may file a surreply. This order does not authorize a surreply. If Plaintiffs seek one, they must file a motion showing good cause after Defendants file their reply.

SO ORDERED on November 14, 2022.

                                                s/ *Allen Winsor*
                                                United States District Judge