Start: 9:30 a.m.
Stop: 10:49 a.m.

### UNITED STATES DISTRICT COURT
### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No: 4:22-cv-222-AW-MAF | Date: 01/27/2023 |
| Title: Families A Through V v Desantis et al. | |

DOCKET ENTRY:
    Motion Hearing
    Motions to Dismiss

PRESENT: Honorable ALLEN C WINSOR, District Judge

| | |
|---|---|
| TiAnn Stark | Lisa Snyder (USDC-Tallahassee) |
| Deputy Clerk | Court Reporter |
| | |
| Aaron Rapier | George Meros, Tara Price |
| Karen Gievers, Octavia Brown | Nick Meros, Maureen Furino |
| Attorneys for Plaintiff | Attorneys for Defendant |

PROCEEDINGS:

**9:30 a.m.**     **Court called to order**

9:30 a.m.     Arguments presented by Defendants

10:03 a.m.     Response by Plaintiffs

10:40 a.m.     Rebuttal by Defendants

10:46 a.m.     Court dismissed complaint as shotgun complaint; written order to follow on private rights issue; amended complaint - if any- due 14 days after written order; Governor precluded from amended complaint due to 11th amendment immunity

**10:49 a.m.**     **Court adjourned**