UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FAMILIES A through V,**

    Plaintiffs,

    v.                                               Case No. 2022 CV 222

**RON DESANTIS, as Governor of Florida;**
**SHEVAUN HARRIS, as Secretary of the**
**Florida Department of Children and Families;**
**JOSEPH LADAPO, M.D., as the Executive**
**Director of the Florida Department of Health;**
**PATRICIA ARMSTRONG, as the Bureau Chief**
**of the Florida Department of Health Child**
**Protection Team; and**
**DENNIS MOORE, as Executive Director of the**
**Florida Guardian ad Litem Program,**

    Defendants.

### PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE SECOND AMENDED COMPLAINT

Plaintiffs move for a fourteen (14) day extension of time to file the Second Amended Complaint. In support of the Motion, Plaintiffs state as follows:

1. On February 24, 2023, the Court granted Defendants' Motions to Dismiss the Amended Complaint. (Doc. 40). The Court dismissed the claims against Governor DeSantis. (Id.). The Court granted Plaintiffs

1

leave to file a second amended complaint against the Agency Defendants so long as the claims are not dependent on an enforceable right under the statutes evaluated by the Court in its Order. (Id.). The Court granted Plaintiffs 14 days (i.e., until March 10, 2023) to file a second amended complaint. (Id.). In accordance with the Court's Order, Plaintiffs intend on filing a second amended complaint.

2. Counsel for Plaintiffs, Aaron Rapier, has a trial starting on March 13, 2023, in another case. The trial is expected to end by March 17, 2023. Due to counsel's previously scheduled commitment in that case, Plaintiffs requested a 14-day extension of time to file the Second Amended Complaint from counsel for the Agency Defendants. Counsel for the Agency Defendants was kind enough to agree to the requested extension and counsel does not oppose the current Motion.

3. The current Motion is not intended to cause delay; nor is it filed for an improper purpose. To the contrary, Plaintiffs intend on using the requested additional time to cure the defects this Court noted in its ruling on the Agency Defendants' prior motion to dismiss. (Doc. 40).

WHEREFORE, Plaintiffs pray for an Order: granting the current Motion; and extending the deadline for Plaintiffs to file the Second Amended Complaint by 14 days or until March 24, 2023.

Dated this 3rd day of March, 2023.

/s/ *Karen Gievers*
**Karen Gievers, Esq**.
Florida Bar No.: 262005
P.O. Box 16459
Tallahassee, Florida 32317
PH: 850.570.0425
Kgievers@karengievers.com

*And*

/s/ Octavia Brown
**Octavia Brown, Esq**.
Community Law for Families
and Children, PLLC
Florida Bar No.: 0011778
3104 N. Armenia Avenue, STE 2
Tampa, Florida 33607
PH: 813.822.3522
FAX: 863.250.8228
Octavia.brown@community-lawyer.com

*And*

/s/ Aaron Rapier
**Aaron Rapier, Esq.**
Rapier Law Firm
*Admitted Pro Hac Vice*
Illinois Bar No. 6270472
1770 Park Street, Suite 200

Napierville, Illinois 60563
PH: 630.853.9224
[arapier@rapierlawfirm.com](mailto:arapier@rapierlawfirm.com)

*Trial Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I hereby certify that Plaintiffs' Response to Defendant's Motion to Dismiss complies with the font requirements mandated by N.D. Fla. Local Rule 5.1(C) and, in accordance with N.D. Fla. Local Rule 7.1(F), contains 277 words, exclusive of the case style, signature block, and any certificate of service.

*/s/ Aaron W. Rapier*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on this 3rd day of March, 2023.

*/s/ Aaron W. Rapier*