IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FAMILIES A through V,**

    **Plaintiffs,**

**v.**                                                        Case No. 4:22-cv-222-AW-MAF

**SHEVAUN HARRIS, as Secretary of the**
Florida Department of Children and
Families, et al.,

    **Defendants.**

_____/

## **ORDER GRANTING MOTION FOR EXTENSION**

Plaintiffs' unopposed motion for extension (ECF No. 41) is GRANTED. The deadline to file the second amended complaint is extended to March 24.

SO ORDERED on March 6, 2023.

                                              s/ *Allen Winsor*
                                              United States District Judge