## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**TANIYAH CRUTCH-WILLIAMS, et al.,**

    **Plaintiffs,**

**v.**                                    **Case No. 4:22-cv-222-AW-MAF**

**SHEVAUN HARRIS, as Secretary of the**
**Florida Department of Children and**
**Families,**

    **Defendant.**

_____/

## JUDGMENT

    Plaintiffs' claims are dismissed without prejudice for lack of subject-matter jurisdiction.

                                    JESSICA J. LYUBLANOVITS
                                    CLERK OF COURT

April 4, 2024                      s/ KELLI MALU
Date                              Deputy Clerk: Kelli Malu